■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WAINIKAINEN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered August 6, 1975, convicting him of kidnapping in the second degree, attempted sodomy in the first degree (two counts), sexual abuse in the first degree (two counts), attempted sexual misconduct (two counts) and assault in the third degree (two counts), upon a jury verdict, and imposing sentence. Judgment modified, on the law and the facts, by reversing the convictions of kidnapping in the second degree, attempted sexual misconduct (two counts) and assault in the third degree (two counts), and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed (see *People v Steward,* 59 AD2d 624). Cohalan, J. P., Rabin, Titone and Hawkins, JJ., concur.

## THIRD DEPARTMENT, SEPTEMBER, 1977

### (September 8, 1977)

■ PAUL A. ANOSTARIO Appellant, v VINCENT E. VICINANZO et al., Respondent.—Motion for reargument granted, without costs, and appeal restored to the calendar for the term commencing October 11, 1977. Counsel are directed to file six copies of a supplemental brief, on or before September 26, 1977, addressed to the issue of whether the part performance exception to the Statute of Frauds should be applied in the instant case. Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur.

■ In the Matter of the Claim of CARRIE SEWELL, Respondent, v ROOSEVELT HOTEL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion by appellants granted, without costs, and decretal paragraph of decision dated July 14, 1977 [58 AD2d 924] amended to read as follows: "Decision reversed, and matter remitted for further proceedings not inconsistent herewith, with costs to appellants against the Workmen's Compensation Board." Koreman, P. J., Greenblott, Sweeney, Kane and Mahoney, JJ., concur.

■ EDNA M. FULLINGTON, Appellant, v W. H. LOOMIS TALC Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion by claimant-appellant for extension of time to perfect appeal from decision of the Workmen's Compensation Board dated June 5, 1975, and for other relief, denied, as academic, with $20 costs against the board. Cross motion to dismiss appeal as moot granted, and appeal dismissed with $20 costs against the board. The award of costs to claimant-appellant on these motions is indicated by the board's failure to serve a full record list (12 NYCRR 300.18) although nearly two years passed since the date of the filing of the notice of appeal, and by the board's belated resolution of June 21, 1977 which rescinded its prior decision six days after claimant-appellant filed the instant motion in this court (cf. *Matter of Hutton v Ford Motor Co.,* 3 AD2d 169, 171). Greenblott, J. P., Sweeney, Kane, Mahoney and Herlihy, JJ., concur.